# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CASE NO.: 6:11-CV-85-ORL-18-DAB**

**JAMES R. HARDING,**

    **Plaintiff,**

vs.

**FIRST AMENDED COMPLAINT**
**JURY DEMAND**

**ORLANDO APARTMENTS, LLC, a
Delaware limited liability company and
BEHRINGER HARVARD DISTRICT REIT,
LLC, a Delaware limited liability company,**

    **Defendants.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JAMES R. HARDING, by and through his undersigned attorneys, pursuant to *Fed.R.Civ.P.* 41(a)(1), hereby files this Notice of Voluntary Dismissal of the above-styled cause *without prejudice* as to Defendant, Perennial Properties, Inc., named as a Defendant in the original Complaint filed in this action.

Dated: February 15, 2011

/s/*David S. Oliver*
David S. Oliver
Florida Bar No. 521922
**MORGAN & MORGAN, P.A.**
Attorneys for Plaintiff
20 North Orange Avenue, 10th Floor
Orlando, Florida  32801
Telephone:  (407) 849-2972
Facsimile:  (407) 418-2048
Email: doliver@BusinessTrialGroup.com