IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-CV-85-ORL-18-DAB

JAMES R. HARDING,

    Plaintiff,

vs.

ORLANDO APARTMENTS, LLC, a
Delaware limited liability company and
BEHRINGER HARVARD DISTRICT REIT,
LLC, a Delaware limited liability company,

    Defendants.
_____/

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:[3]

    **James R. Harding**

    **David S. Oliver, Esq.**

    **James S. Byrd, Esq.**

    **Morgan & Morgan, P.A.**

    **Perennial Properties, Inc.**

    **Orlando Apartments, LLC**

    **Behringer Harvard District REIT, LLC**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **N/A**

-2-

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**N/A**

4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution:

**JAMES R. HARDING**

5.) Check one of the following:

<u>XX</u>   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

**MORGAN & MORGAN, P.A.**
**Business Trial Group**
20 North Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL  32802
Telephone: 407.849.2972
Facsimile: 407.418.2048

By: /s/*David S. Oliver*
    David S. Oliver
    Florida Bar No. 521922
    Doliver@BusinessTrialGroup.com

DATED:  February 16, 2011